**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT COLEMAN                                                                                          PLAINTIFF
ADC #146255

V.                                           NO: 5:10CV00189 SWW

DAVID HENRY                                                                                            DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of July, 2010.

                                                                            /s/Susan Webber Wright
                                                                       UNITED STATES DISTRICT JUDGE